No. 01–10999.  GUNDERSEN *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 01–11000.  HANSEN, AKA WELLS, AKA HENRY *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 01–11001.  GARCIA *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 01–11003.  HILL *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  Ct. Crim. App. Tex.  Certiorari denied.

No. 01–11004.  SALYARD *v.* TEXAS.  Ct. App. Tex., 9th Dist.  Certiorari denied.

No. 01–11005.  VUKADINOVICH *v.* BOARD OF SCHOOL TRUSTEES OF NORTH NEWTON SCHOOL CORP. ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 01–11007.  WELCH *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 01–11008.  TOUVELL *v.* DEWITT, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 01–11009.  TAYLOR *v.* WATERS, WARDEN.  C. A. 11th Cir.  Certiorari denied.

No. 01–11010.  RAKE *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 01–11011.  KEELEN *v.* CAIN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 01–11012.  REYNA *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 01–11013.  ESCOBAR DE JESUS *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 01–11014.  EDWARDS *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  Sup. Ct. Fla.  Certiorari denied.